FILED
BILLINGS DIV.

2007 MAY 31 AM 9 27

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

CLERK OF THE
DISTRICT COURT
LAURA A. BRENT

2006 JUL 7 PM 3 31

FILED

BY _____ M3
DEPUTY

Tom Singer
Michael J. Johnson
Axilon Law Group, PPLC
115 North Broadway, Ste. 310
P. O. Box 987
Billings, Montana 59103-0987
Telephone (406) 294-9466
Facsimile (406) 294-9468

Attorneys for John Lenhart

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

JOHN LENHART,

                         Plaintiff,

-vs-

GATES CORPORATION,

                         Defendant.

Cause No. DV 06-0695
Judge RUSSELL C. FAGG

CV-07-75-BLG-RFC.CSO

**COMPLAINT AND DEMAND FOR JURY TRIAL**

12d/157475

John Lenhart, plaintiff, alleges and complains as follows:

1. The name, address and telephone number of plaintiff are:

    John Lenhart
    4611 Harvest Lane
    Billings, Montana 59106
    (telephone: (406) 656-0743

2. The name, address and telephone number of defendant are:

    Gates Corporation
    1551 Wewatta Street
    Denver, Colorado 80202,
    (telephone: (303)744-1911)

3. On October 14, 2005, plaintiff filed a complaint alleging workplace age discrimination with the Department of Labor and Industry Human Rights Commission of the state of Montana.

4. On April 10, 2006, plaintiff received a letter from the Human Rights Bureau dismissing the

complaint based on a no reasonable cause finding.

5. Plaintiff was employed as a District Sales Manager for Gates Corporation from 1989 until April 15, 2005.

6. On April 15, 2005, plaintiff was terminated without notice or reason.

7. On the date of his termination, plaintiff was 58 years of age and was a member of a protected class for the purposes of determining employment discrimination under both state and federal law.

8. During the five years prior to termination, plaintiff had only three evaluations. All but one evaluation described plaintiff's work as satisfactory. The one exception originally described plaintiff as satisfactory but was later altered by defendant without plaintiff's knowledge.

9. Defendant terminated plaintiff on the basis of age in violation of federal and state law

10. Defendant replaced plaintiff with a substantially younger employee.

11. Defendant is engaged in a repeating pattern of terminating employees or forcing them to resign on the basis of age.

12. Plaintiff was discriminated against by Defendant because of his age.

WHEREFORE plaintiff prays:

1. For an award for all damages allowed by law.

2. For attorney's fees and costs.

3. For other such relief as the Court may deem just.

4. Plaintiff demands trial by jury of all issues so triable.

DATED this 7th day of July, 2006.

AXILON LAW GROUP

*/s/ signature*

Tom Singer
Michael J. Johnson

| | |
|---|---|
| 1 | STATE OF MONTANA ) |
| 2 | County of Yellowstone ) :ss ) |

John Lenhart, being first duly sworn upon his oath, deposes and states as follows:

That he is the plaintiff in the foregoing instrument; that he has read the foregoing Complaint and Demand for Jury Trial and knows the contents thereof, and the facts and matters contained therein are true, accurate and complete to the best of his knowledge, information and belief.

By: _____
John Lenhart

SUBSCRIBED AND SWORN TO, before me, a Notary Public, this 7th day of _____July_____, 2006.

_____
Notary Public for the State of Montana
MICHAEL J JOHNSON
Printed Name of Notary
Residing At: Billings MT
My Commission Expires: 1-25-2010

COMPLAINT                                                                                     Page 3