```
                                    FILED
                                 BILLINGS DIV.

                                 2009 JAN 20 PM 3 30

                                 PATRICK E. DUFFY, CLERK
                                 BY _____
                                         DEPUTY CLERK
```

IN THE US DISTRICT COURT FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JOHN LENHART, | 1:07-CV-75-RFC-CSO |
| Plaintiff, vs. | **ORDER DISMISSING WITH PREJUDICE** |
| GATES CORPORATION, | |
| Defendant. | |

This matter came before the Court on Plaintiff's motion to dismiss with prejudice. Good cause appearing and there being no objection thereto, this case is hereby DISMISSED with prejudice, each party to pay their respective costs and fees.

DATED this 20th day of January, 2009.

_/s/ Richard F. Cebull_
RICHARD F. CEBULL
U. S. DISTRICT JUDGE